AO 91 (Rev. 11/11)   Criminal Complaint

FILED
VANESSA L ARMSTRONG, CLERK
September 27, 2020
U.S. DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

# UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No.  3:20MJ-638 |
| Cortez Lamont Edwards | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  September 27, 2020  in the county of  Jefferson  in the
Western  District of  Kentucky , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 922(g)(1) | Possession of a firearm by a convicted felon |

This criminal complaint is based on these facts:

See Affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Robert Jones, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  09/27/2020

*Judge's signature*

City and state:  Louisville, Kentucky    Colin H. Lindsay, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Robert E. Jones, Special Agent, Bureau of Alcohol, Tobacco, Firearms and Explosives (hereinafter referred to as "ATF"), being duly sworn, state as follows:

1. I am a Special Agent with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and have been so employed since June 2016. Affiant is currently assigned to the ATF Louisville Field Division (LFD). In connection with my official ATF duties, I investigate criminal violations of state and federal firearms, including, but not limited to violations of Title 18, United States Code, Section 922(g)(1). Affiant has received specialized training in the enforcement of laws concerning firearm related offenses as found in Title 18 of the United States Code. Affiant also has been involved in various types of physical surveillance, and in the debriefing of defendants, witnesses and informants, as well as others who have knowledge of firearms related offenses. Prior to being employed by ATF I was employed by the United States Secret Service (USSS) as a Special Agent for thirteen (13) years. I completed extensive training at both the Criminal Investigator Training Program at the Federal Law Enforcement Center, Glynco, GA and the Special Agent Training Course at the USSS training facility located in Beltsville, MD. Prior to my employment as a Special Agent with USSS, I was a Police Officer/Detective with the Jefferson County Kentucky Police Department for eight (8) years investigating street level narcotics.

2. I make this affidavit in support of the issuance of a criminal complaint, charging Cortez Lamont EDWARDS (DOB: XX/XX/1991, SSN: XXX-XX-3894, 5'11", 145 lbs., B/M) with the offense of possession of a firearm by a convicted felon, in violation of 18 U.S.C. § 922(g)(1). The information contained in this affidavit details a summary of the investigative efforts that led to the probable cause relevant to the alleged criminal activity of EDWARDS, and is based

on my personal involvement in the investigation, my training and experience, and information provided to me by other law enforcement officers and support staff. Since this affidavit is being submitted for a limited purpose, I have not included each and every fact I know concerning this investigation. Rather, I have set forth only those facts that relate to the issue of whether probable cause exists to support the issuance of the requested criminal complaint.

3. EDWARDS has been the subject of a recent investigation conducted by the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) which involves EDWARDS' suspected criminal possession of a firearm.

4. On or about September 26, 2020, I was directing an investigation into Cortez Lamont EDWARDS for a Facebook Live broadcast, dated September 23, 2020 displaying EDWARDS in possession of an AR variant pistol including a non-extendible support brace with an extended magazine. EDWARDS states in the captured Facebook Live broadcast that he is requesting being paid $30,000.00 to shoot LMPD officers on scene for a disturbance in the street in front of his residence. My investigation revealed that EDWARDS is a convicted felon based on a felony conviction in case number 19-CR-001861 from Jefferson Circuit Court, Jefferson County, Kentucky.

5. My investigation began on or about September 26, 2020 when I received information regarding a Facebook Live post from the Louisville Metro Police Department Real Time Crime Center (RTCC) displaying EDWARDS in possession of a firearm while being a convicted felon and making statements regarding the shooting of police officers. This information was relayed to me from ATF support staff working in conjunction with the current civil unrest mitigation in Louisville, Kentucky.

6.      Continuing on same day, Investigative Research Specialists conducted multiple database searches indicating EDWARDS is a convicted felon in Jefferson County, Kentucky, based on case number 19-CR-001861 for Complicity to Trafficking in a Controlled Substance and Possession of a Firearm by a Convicted Felon. Further review of the captured Facebook Live recordings show EDWARDS in possession of the AR pistol, admitting that he is a convicted felon and speaking of shooting the Louisville Metro Police Department officers on scene. The captured video includes the view from the front porch of 1301 South 28th Street, Louisville, Kentucky 40211.  EDWARDS' 2007 four door white Dodge Charger vehicle registration indicates an address of 1301 South 28th Street, Louisville, Kentucky 40211.  A search warrant was applied for and granted for the search of 1301 South 28th Street, Apartment 200, Louisville, Kentucky 40211.

7.      On September 27, 2020, Special Agents from the ATF, Department of Homeland Security, United States Marshal Service, Federal Protective Service and officers and detectives from the Louisville Metro Police Department executed a search warrant at EDWARDS' residence without incident.  EDWARDS was located laying on a couch in the living room of his residence. A Glock model 19, 9-millimeter semi-automatic pistol, bearing serial number BPHA723, was located on the couch where EDWARDS was sleeping at the time of entry into the residence. At the time of entry into the living room, EDWARDS was the only adult present in that room and there a toddler present in a playpen.

8.      According to SA Joseph Persails, Glock firearms are manufactured in the country of Austria and imported to the United States. Hence, this firearm travelled in and affected interstate commerce.

Robert E. Jones
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn and attested to by the affiant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone and email, reliable electronic means, this 27th day of September, 2020.

Colin H. Lindsay
United States District Magistrate Judge
Western District of Kentucky

4